# RECEIPT

DATE 4/6/15    No. 535970

RECEIVED FROM Gloria E. Ochoa    $ 6 50

Six 50/100 _____ DOLLARS

○ FOR RENT   Copies - 04-13-311-00 & 4-13-531-00
○ FOR

| ACCOUNT | | | ○ CASH | CK# 1602 |
|---------|---|---|---------|---------|
| PAYMENT | 6 | 50 | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | | ○ MONEY ORDER | 8m |
| | | | ○ CREDIT CARD | BY |